JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND D. BUTNER, | NO. CV 08-01764 SJO (RZx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BANCO MERCANTIL DEL NORTE, S.A., et al., | |
| Defendants. | |

This matter came before the Court on Defendants Banco Mercantil Del Norte, S.A. ("Banco"), and Grupo Financiero Banorte, S.A. de CV's ("GF Banorte") (collectively, "Defendants") Motion for Summary Judgment. After full consideration of all admissible evidence and documents submitted, the Court GRANTED Defendants' Motion for Summary Judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Defendants Banco Mercantil Del Norte, S.A. and Grupo Financiero Banorte, S.A. de CV. The parties shall bear their own costs.

Dated this _25th_ day of June, 2010.

_S. James Otero_

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE